

MAILING ADDRESS
P.O. Box 15577
Washington, DC 20003-0577

OFFICE & DROP-IN CENTER
651 Pennsylvania Avenue, SE
Washington, DC 20003-4303

TEL 202.543.9355
FAX 202.543.3343
WEB www.metroteenaids.org

July 22, 2005

United States Parole Commission
5550 Friendship Blvd.
Chevy Chase, MD 20815

To Whom It May Concern:

    I am writing this letter on behalf of Mr. Khalid Naji-Allah. It has been a pleasure to work with Mr. Naji-Allah for the last eight months. He has acted as a mentor, brother and a father to many of the youth within the center and surrounding communities. He has made himself available to anyone in need regardless of the issue or time of day. This is something that many people would not do, but he took it upon himself to sacrifice his personal life to help improve the lives of others. This is truly remarkable and he should be congratulated.

    I hope that you would take into consideration the sacrifices made by Mr. Naji-Allah and the difference he has made in over fifty youths lives. If you choose to ignore his achievements, you will not only punish him, but the community to which he has dedicated his blood, sweat and tears to. There is still a group of young men and women that need to be spoken to, approached and mentored by Khalid and you have the opportunity to ensure that this happens.

    Should you have any questions and/or concerns, please do not hesitate to contact me at 202-543-9355 ext. 30 or via email at thall@MetroTeenAIDS.org.

Sincerely,

Ta'Quilla Hall
Office Coordinator
Metro TeenAIDS

05 2268

FILED
NOV 22 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Supporting young people in the age of AIDS.

CFC/United Way #7495

# COVENANT HOUSE  WASHINGTON

*Established January 1995*  *Celebrating a Decade of Service to Youth*

**Executive Offices**
2001 Mississippi Avenue, SE
Washington, DC 20020
Phone: 202-610-9600
Fax: 202-610-9610

**Community Service Center**
2001 Mississippi Avenue, SE
Washington, DC 20020
Phone: 202-610-9630
Fax: 202-610-9640

**Residential Services**
1922 Ridgecrest Court, SE, # 201
Washington, DC 20020
Phone: 202-610-9690
Fax: 202-610-3089

**Community Outreach Center West**
7 New York Avenue, NE
Washington, DC 20002
Phone: 202-610-6514
Fax: 202-610-9627

**Peer Supported Pregnancy Prevention Program**
2101 Ridgecrest Court, SE, # 204
Washington, DC 20020
Phone: 202-610-9725
Fax: 202-610-9730

**Teen Life Choices**
4914 Ayers Place, SE
Washington, DC 20019
Phone: 202-610-7530
Fax: 202-575-0029

**Artisans Woodshop**
1235 Kenilworth Avenue, NE
Washington, DC 20019
Phone: 202-610-6519
Fax: 202-396-0875

www.covenanthousedc.org
CFC# 1560

June 29, 2005

US Parole Office
5550 Friendship Blvd. Suite 420
Chevy Chase, Maryland 20815

To whom it may concern:

I am writing this letter on behalf of Mr. Khalid Naji-Allah. I have know Mr. Naji-Allah for five years and he has proven himself to be an outstanding and model citizen. In addition, Khalid has been involved with our program by assisting and referring at-risk youth. Furthermore, he displays passion, concern, and has a strong desire to make a difference in any young persons life that he meets. Next, Khalid has held over five positions working with at-risk youth such as: Metro Teen AIDS, SYMAL, Positive Choices and Us Helping Us. He also mentors several youth in the DC Area.

Khalid has been extremely detrimental in his raising his brother Lawrence Marbury; he continues to provide services and supports to him although he has relocated to another area. Khalid has touch and changed lives in our youth community. Therefore, I am requesting that he is giving another chance to stay in our community and continue to change and make a difference is our young people's lives.

If you have any questions, please feel free to contact me, Ms. Sherrie A. Williams at (202) 610-9642. Thanking you in advance.

Sincerely,

*Sherrie A. Williams*
Sherrie A. Williams
Service Manger

05 2268

**FILED**

NOV 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

HAVEN ON EARTH

# COVENANT HOUSE  WASHINGTON

*Established January 1995*                                   *Celebrating a Decade of Service to Youth*

**Executive Offices**
2001 Mississippi Avenue, SE
Washington, DC 20020
Phone:        202-610-9600
Fax:          202-610-9610

**Community Service Center**
2001 Mississippi Avenue, SE
Washington, DC 20020
Phone:        202-610-9630
Fax:          202-610-9640

**Residential Services**
1922 Ridgecrest Court, SE, # 201
Washington, DC 20020
Phone:        202-610-9690
Fax:          202-610-3089

**Community Outreach Center West**
7 New York Avenue, NE
Washington, DC 20002
Phone:        202-610-6514
Fax:          202-610-9627

**Peer Supported Pregnancy Prevention Program**
2101 Ridgecrest Court, SE, # 204
Washington, DC 20020
Phone:        202-610-9725
Fax:          202-610-9730

**Teen Life Choices**
4914 Ayers Place, SE
Washington, DC 20019
Phone:        202-610-7530
Fax:          202-575-0029

**Artisans Woodshop**
1235 Kenilworth Avenue, NE
Washington, DC 20019
Phone:        202-610-6519
Fax:          202-396-0875

www.covenanthousedc.org
CFC# 1560

July 22, 2005

U.S. Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815

Dear Sir or Madam:

This letter is written on behalf of Mr. Khalid Naji-Allah who I have known since he was 12 years old. I met him when he was being cared for by his maternal grandmother following patterns of neglect and abuse from his mother. The program that I managed within the Washington Urban League at the time worked with Khalid (formerly known as Ronald Marbury) and his grandmother providing counseling and other supportive services designed to keep him constructively engaged and making positive choices. Khalid, like so many young people was forced to grow up without the presence or support of both mother and father. His grandmother (now deceased) was the anchor in his life during this difficult period.

Some 18 years later, I connected with Khalid again when he sought me out at Covenant House Washington, a faith-based agency which specializes in providing housing and a broad array of services to youth who are homeless and often experiencing multiple life challenges that causes them to have feelings of hopelessness. I appreciated that Khalid not only sought me out, but came with an interest in helping some of the youth we serve in the area of employment. He was working at Fed-Ex at the time and sought to be a conduit for my staff to job opportunities available within that organization. We were successful in helping a few youth get jobs as a result of his effort.

Khalid stayed in touch with CHW, having established a relationship with other staff members around the needs of young people. He later became employed with Metro Teen AIDS, a partner organization that provides counseling and support services to youth living with HIV-AIDS. He and other members of that staff provided education and counseling sessions

05 2268

FILED
NOV 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## HAVEN ON EARTH

Page Two

for the youth at Covenant House faced with or who were at-risk of being affected by that illness. He always brought a positive and encouraging attitude and style of engaging young people.

I understand now that Khalid is facing serious challenges of his own and I wanted to take the time to speak on his behalf. While I do not condone any activities that are not in keeping with being law abiding, I can say on Khalid's behalf that he possesses good qualities, skills and enormous potential to do the right thing for himself and his community. I have seen that operating in his life and I would certainly recommend that consideration be given to allowing him another opportunity to make better choices for his life.

Please do not hesitate to contact me if I can be of further assistance in this matter.

Sincerely,

Judith L. Dobbins
Executive Director

**COVENANT HOUSE   WASHINGTON**

July 18, 2005

To Whom It May Concern:

During the past year, I have had the opportunity to supervise Khalid Naji Allah and observe him in his personal and professional development. I have seen the passion he puts into ensuring the young people he works with are well taken care of and the fervor in which he pursues partnerships to maintain and improve the scope of services we can offer our consumers. Khalid's strengths definitely lie in these areas. He is a creative thinker that is not afraid to work hard or put in the time to accomplish a task. I have seen improvement in Khalid's ability to set long-term and short-term goals and work steadily towards them. He has also improved in his ability to communicate any assistance or other resources he may need to complete a project.

I am happy to speak to the depth of Khalid's character. He seems to be realizing the reason for the journey he has been on thus far. All of the experiences he has had, good and bad, have shaped the values and beliefs he applies to his life. Whether or not Khalid stays on this career path forever, I get the sense that in some shape or form, his passion for empowering and uplifting young people will never falter.

Please feel free to contact me if I can be of any assistance with vouching for the character of Khalid. I can be reached at 202-543-9355, ext. 18.

Sincerely,

Anne Wiseman, MA
Program Director
Metro TeenAIDS

05 2268

FILED

NOV 22 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Lincoln University
*Producing Leaders to Shape a New Millennium*

**Graduate Student Services and Admissions**

(610) 932-8300 ext. 3360 • (610) 932-1223 • fax (610) 932-5511

May 12, 2005

Mr. Khalid Naji-Allah
2300 Goodhope Road, SE
#926
Washington, DC 20020

Dear Mr. Naji-Allah:

***Congratulations and Welcome to Lincoln University!*** We are pleased to inform you that you have been accepted as a candidate for the Fall 2005 Pre-Master's Program in Writing and Critical Thinking Skills (Level I) at Lincoln University. (For your perusal, attached please find an overview of the Pre-Master's Program with the curriculum matrix and course descriptions.)

Orientation and Registration will be held on Saturday, August 27, 2005 at our Graduate Center located at 3020 Market Street, Philadelphia, PA 19104. (An agenda of the day's events will be forwarded to you under separate cover.)

If you are seeking financial assistance, make certain that you file the Free Application for Federal Student Aid (FAFSA) via the internet at www.fafsa.ed.gov or visit the Lincoln University Website (Financial Aid) at www.lincoln.edu. Specific questions or concerns regarding the financial aid process should be addressed to Ms. Nicola Thompson, Graduate Financial Aid Counselor, by dialing (800) 561-2606 or (610) 932-8300 extension 3560.

Please do not hesitate to call us with any questions you may have regarding the above information. On behalf of the Lincoln University Master of Human Services Program, I extend best wishes for a successful and rewarding educational experience.

Sincerely Yours,

Szabi Ishtai-Zee, Ph.D.
Director

Enclosures

05 2268

**FILED**

NOV 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1570 Old Baltimore Pike, MSC 047, P.O. Box 179, Lincoln University, Pennsylvania 19352-0999
www.lincoln.edu

# CELEBRATING 150·YEARS
ADVANCING THE LINCOLN LEGACY

1854 - 2004  
2005-2006 GRADUATE REVISED AWARD LETTER  
JULY 19, 2005

**Office of Financial Aid**

(610) 932-8300 ext. 6010 • Toll Free 1-800-561-2606  
fax (610) 932-1298

KHALID NAJI-ALLAH  
2300 GOODHOPE ROAD SE #926  
WASHINGTON, DC 20020

LINCOLN UNIVERSITY  
1570 BALTIMORE PIKE  
101 LINCOLN HALL   MSC 142  
LINCOLN UNIVERSITY, PA   19352  
PHONE 800 561-2606  
FAX 610 932-1298

Dear Khalid:                          RE:   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-05-GR02

Your assistance package for the 2005-2006 academic year has been revised. This revision was based on the reason(s) listed below:

1) _Increase granted up to $2765 for the fall_

2) _____

We reserve the right to modify your financial aid award at anytime due to the receipt of additional assistance, changes in your eligibility, enrollment, and academic progress. Aid that exceeds the cost of attendance will also be reduced.

| TYPE OF AID | FALL TERM | SPRING TERM | SUMMER TERM |
|---|---|---|---|
| FED SUBSIDIZED LN | $2,750 E | $2,750 E | |
| FED UNSUB LOAN | $3,615 E | $1,385 E | |
| TOTAL AID | $6,365 | $4,135 | $0 |

AID AWARD CODES:

E = ESTIMATED AMOUNT         TOTAL AWARD -         $10,500

YOU MUST REPLY BY: 07/29/2005

**05 2268**

**FILED**

**NOV 2 2 2005**

NANCY MAYER-WHITTINGTON, CLERK  
U.S. DISTRICT COURT

Please sign your award letter and return one copy to the Office of Financial Aid by the reply date.

Student's Signature _____  Date _____

Sincerely,

Financial Aid Counselor  _Nicola Thompson_  Ext. **3560**

1570 Baltimore Pike, MSC 142, 101 Lincoln Hall, P.O. Box 179, Lincoln University, Pennsylvania 19352-0999  
www.lincoln.edu



**Meeting Your Needs to Better Health**

Dr. Keita L. Vanterpool
Clinic Director

July 22, 2005

RE: Khalid Naji-Allah (ref# 261133)

US Parole Commission
5550 Friendship Blvd.
Chevy Chase, MD 20815

To Whom It May Concern,

This letter is to serve as a recommendation/character reference for Mr. Khalid Naji-Allah. I understand Mr. Naji-Allah was involved with the law a few years ago, in which whose case has come up again for prosecution. I have known Mr. Naji-Allah for the last year and have known him to be an outstanding friend and citizen. He has proven to be useful in and to society by his acts of volunteer service, acting as an advocate for children with HIV/AIDS, feeding the homeless and giving freely of himself to society. I understand that he may have charges against him. I also understand that no one if perfect and deserves another chance if he/she can prove they can be trusted. Mr. Naji-Allah has a lot to offer the community at large and will be more of service out of the criminal justice system than in. Mr. Naji-Allah has been an active voice here at Marbury Plaza and has been such an asset to our residential community as a whole.

I am asking that you reconsider the decision for sending Mr. Naji-Allah to jail or prison for any length of time. If there is a way to reduce the sentence, give him community service hours or any combination where he can be more of a service to society than a burden, it would be greatly appreciated. We would hate to loose someone for a mistake only to suppress one who may potentially keep someone else from making the same choices that lead Mr. Naji –Allah where he is today.

If you have any questions or need further assistance, please do not hesitate to contact me directly.

Respectfully Submitted,

Dr. Keita Vanterpool

05 2268

FILED
NOV 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

12647 Laurel-Bowie Road  /  Laurel, Maryland 20708
MAILING ADDRESS: Post Office Box 30276  /  Washington, DC 20030
Hours by Appt. Only: 301.483.9300 / fax 301.483.9332 / Email: team@chirokei.com  /  Website: www.chirokei.com

# A & S Towing

5011 Litton Avenue • College Park, MD 20740 • 301-474-1966

July 25, 2005

United States Parole Commission
5550 Friendship Blvd. Suite 420
Chevy Chase, MD 20815

To Whom It May Concern:

I am writing this letter on the behalf of Mr. Khalid Naji-Allah. Mr. Naji-Allah has been employed with A&S Towing since 2003.
Since the time of his employment, Mr. Naji-Allah has given my company a new direction. His passion with helping others is above and beyond and removing him from the community will not be beneficial. As the owner of A&S Towing, I personally have changed my views on life because of him. I watched him on a daily bases perform community services. His work with children is outstanding. His "I am social change" attitude has moved me to donate to each and everyone of his "change the world ideas." It's not only about his attitude; it's about his life.
For the past month all he has talked about was school and how proud he was to be entering into Lincoln University this fall. By taking his freedom you're taking away a productive person from the community.
I am aware that he committed a crime; however, I ask you to take into consideration all that he has done since 2002. I ask you to look at his future and see that he's not about to go astray now. He deserves a chance to make good on the wrong he has committed. By allowing him to stay in the community will benefit the community ten folds.

05 2268

Sincerely,

Sean Williams

**FILED**

NOV 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



United States Parole Commission
5550 Friendship Blvd.
Suite 420
Chevy Chase, MD 20815


To Whom It May Concern:

I am gladly writing this letter of support for Khalid Naji-Allah. This past year Khalid has provided immeasurable support for the programs here at NAPWA. Khalid provided photography services free of charge to us for our Ryan White National Youth Conference on HIV and AIDS. Since 1987 NAPWA has produced National HIV Testing Day. As part of the support that we provide to community based organizations, health departments and faith based institutions we produce a "campaign kit" which includes posters that can be used to advertise testing day activities. Had it not been for Khalid we would not have had any images to use in this years campaign kit. Khalid took 90% of the photographs for this year's campaign.

Khalid has been supportive of our activities at NAPWA without question and without asking anything in return. We have asked Khalid to once again take pictures for us for the 2006 campaign and we would like to have him attend our Staying Alive 2005: Positive Leadership Summit that is taking place in Los Angeles, California, August 19 – 21, 2005. Any support that we can provide to ensure this is possible, we are willing to do.
Thank you for your consideration.

Sincerely,

Keith Folger, Director of Programs
National Association of People with AIDS

05 2268

FILED

NOV 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



address  1600 K Street, NW, Suite 200
         Washington, DC 20006
telephone  202.785.3564
facsimile  202.785.3579
email  info@aids-alliance.org
website  www.aids-alliance.org

March 26, 2004

To Whom It May Concern:

I am writing this letter in strong support for Khalid Naji-Allah. I have had the privilege of working with Khalid in our Corps Leadership Training Program from which he graduated in January, 2003. Our program is a national HIV/AIDS train-the-trainer program that selects consumers both infected and affected with HIV/AIDS from across the country who are leaders within their community, to become educated on a variety of HIV/AIDS-related topics (i.e., health and treatment, HIV 101, accessing community resources, living positively, advocacy, leadership development, public speaking, etc.). The participants target HIV+, at-risk and underserved people within their communities to educate them about HIV/AIDS.

Khalid is a competent and passionate individual who is committed to helping others cope with HIV/AIDS. Khalid was able to reach African American heterosexual men in his community and provide them with information, knowledge and access to services, and support. This is a somewhat difficult community to reach, but Khalid was able to break down the barriers. Because of the growing rates of HIV/AIDS among our youth, Khalid has now begun to focus his attention on working to stop the spread of HIV/AIDS among the youth in his community.

On a daily basis, Khalid continues to deal with the challenges of his HIV/AIDS diagnosis and the current drug regimen that he takes to stay alive. Khalid takes advantage of workshops, presentations and conferences both locally and out of state in an effort to learn more about HIV/AIDS that could assist himself and others that he comes in contact with.

I have seen significant growth in Khalid both as a human being, and a young man who is committed to the fight against HIV/AIDS in his community. Our community has greatly benefited from the work that he has been doing. There would be a great sense of loss without Khalid continuing to educate the youth in his community. Incarceration would be a detriment to both Khalid and his community. Please allow him to continue on his journey against HIV/AIDS, and his journey of personal growth as a changed young man.

I believe that if given the opportunity, the Court too will see the changes Khalid has made in his life.

FILED
NOV 2 2 2005
05 2268    NANCY MAYER WHITTINGTON, CLERK
           U.S. DISTRICT COURT

If there is any additional information that would assist you in making your decision about Khalid, I may be reached at (202) 785-3564 x 18.

Sincerely,

Tonia E. Dickerson
Program Associate for Consumer Education



| | | | |
|---|---|---|---|
| MAILING ADDRESS | OFFICE & DROP-IN CENTER | TEL | 202.543.9355 |
| P.O. Box 15577 | 651 Pennsylvania Avenue, SE | FAX | 202.543.3343 |
| Washington, DC 20003-0577 | Washington, DC 20003-4303 | WEB | www.metroteenaids.org |

March 16, 2004

Dear Sir or Madam:

I am writing this letter in support of Mr. Khalid Naji Allah. Khalid is currently employed by Metro TeenAIDS, the only non profit organization in Washington DC to focus all of it's efforts on the special HIV prevention, education, awareness and advocacy needs of young people, ages 13-24. Khalid is a youth advocate for Metro TeenAIDS. In this capacity he acts as a support system for newly diagnosed HIV positive young people who are facing a very difficult time. He helps them to navigate through the very complex medical and social services system, and connects them to case management services at Children's National Medical Center.

Khalid has been able to link our most difficult clients to services, venturing into some of the most at risk communities and situations to find young people who have fallen out of care and reconnecting them. He possesses an innate ability to relate to youth, assess their most difficult situations and encourage them toward positive resolutions. I have personally witnessed him build trust where there was none, offer hope when situations seemed bleak and when all else failed, simply offer a shoulder to cry on.

In addition to his advocacy responsibilities, Khalid serves as an HIV test counselor, providing pre and post -test counseling for young people we encounter through our drop in center and on our late night outreach van. His ability to interject humor into the most serious of situations, combined with his knowledge of HIV and his sincere desire to help others make him one of the Districts favorite youth testers. In the past year Khalid's efforts alone have resulted in a 80% testing increase. He is well respected within this profession by both youth and adults who understand that the path he has traveled, while not ideal, has taught him very valuable lessons that he has willingly shared with neither shame nor trepidation in hopes that youth might learn from his mistakes.

05 2268

FILED
NOV 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Supporting young people
in the age of AIDS.

It is clear to me as program director of Metro TeenAIDS that Mr. Naji Allah's life experiences have provided him with an understanding of and a value for life that he is willing to share with the world's most valuable commodity: its' youth. Any consideration given to him in this most difficult of circumstances is greatly appreciated. If I can be of any further assistance, please do not hesitate to contact me, Isis Morris at 202.543.9355 ext 18.

Sincerely,

Isis Morris



Chase·Brexton
Health Services, Inc.

May 23, 2005

Khalid Naji-Allah
2300 Goodhope Road, SE #926
Washington, DC  20020

Dear Khalid Naji-Allah:

Thank you for your interest in employment with Chase Brexton Health Services, Inc. (CBHS).  We have received your resume and would like to consider your application for the open positions in the Case Management and Outreach Department.

As a first step in the interviewing and placement process, I have enclosed a list of questions about specific scenarios in which CBHS Case Managers and Outreach Workers commonly find themselves working.  If you are interested in continuing to be considered for a position, please return your written responses to my attention at your earliest convenience, along with your salary history.  We anticipate interviewing for this position within the next few weeks so the position can be filled as soon as possible.

Our website address is www.chasebrexton.org if you wish additional information about CBHS as an agency as well as the Case Management and Outreach Department.

Again, thank you for your interest in CBHS and I look forward to your responses. Feel free to email your responses or any questions you may have to me at **go'donoghue@chasebrexton.org**.

Sincerely,

Geri O'Donoghue
Human Resources Director


Enclosure:       Scenario Questions


**FILED**

NOV 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Open minds, healing hands.

1001 Cathedral Street, Baltimore, Maryland 21201  Phone 410-837-2050  Fax 410-837-2071
4000 Old Court Road, Suite 203  Pikesville, Maryland 21208  Phone 410-486-5991  Fax 410-486-5112

ChaseBrexton.org

March 26, 2004

Melanie Graham
1035 Perry Street NE
Washington DC, 20017

Dear To whom it may concern,

In the time that I've known Khalid Naji-Allah he has served his community in an extremely constructive way. Khalid works with young adults fighting HIV; his role is to connect young people to the appropriate care. Khalid has reached the unreachable, essentially saving their lives. Khalid provides quality leadership and exceeds his job description just to show young people he works with that somebody in this world does care and that they do have a future.

Khalid is a supportive co-worker and more importantly a caring friend, he has shown me no matter how stressful and emotionally draining our jobs can be never to give up. Although Khalid may have had his "run ins" with the law he is one person that has truly given back to the community and has invested his effort, life experience, and leadership into the young people of our future.

Sincerely,

Melanie Graham
*[signature]*

05 2268

FILED

NOV 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Khalid Naji-Allah

2300 Goodhope Road SE #926  
Washington, DC 20020

Home (202) 610-0355  
najiallah@yahoo.com

**Professional Experience**

**Metro Teen AIDS**　　　　　　　　　　　　　　　　Fall 2003 to Spring 2005  
**Care Advocate**  
**Youth Connections**  
**Washington, DC**

- Provided preventive case management to HIV+ clients
- Identified HIV+ youth throughout the Washington, DC metropolitan area that have dropped out of care or that are newly diagnosed and encouraging them to re-engage in health services
- Provided HIV testing and counseling services to adolescents and young adults
- Served as testing and counseling coordinator for three partner organizations
- Served as community liaison
- Processed monthly HIV surveillance forms for DC Department of Health

**Us Helping Us, Inc.**　　　　　　　　　　　　　　　Summer 2002 to Fall 2003  
**Program Coordinator**  
**Barbershop Outreach Program**  
**Washington, DC**

- Worked cooperatively with staff and volunteers to provide HIV/AIDS education and prevention to the public.
- Coordinated/conducted prevention workshops within barbershops and beauty salons throughout the Washington, DC metropolitan area.
- Assisted with the development of the Barbershop Peer Educator Training Curriculum for peer leaders.
- Maintained an open and communicative rapport with barbershop/salon owners and individual barbers.

05 2268

**FILED**

NOV 22 2005

NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

**Federal Express Corporation**                          Summer 2000 to Summer 2002
**Driver**
**Washington, DC**

- Delivered for sixty-five pick up routes in Washington, DC.
- Delivered time-sensitive materials.
- Met established performance goals and deadlines in a high-pressure environment.


**Education**

**University of the District of Columbia**                **Washington, DC**
Major: Electrical Engineering                             Fall 1997 to Spring 2002

**Lincoln University**                                     **Lincoln University, PA**
Master's Candidate                                         Fall 2005

**Certifications**

National Corp Leadership Trainer. (AIDS Alliance for Children, Youth and Family) 2003.
HIV Ora Sure Quick Training. (Whitman Walker Clinic) 2003.
HIV/AIDS Education Specialist. ( AIDS Alliance for Children, Youth and Family) 2003.
American Red Cross HIV/AIDS Starter Facts. 2003.
American Red Cross African-American HIV/AIDS Train the Trainer Instructor Program. 2003.
Fundamentals of HIV Prevention Counseling. (District of Columbia Department of Health) 2003.
Introduction to Counseling, Testing and Referral: Program Overview. (District of Columbia Department of Health) 2003.
Sexually Transmitted Diseases Training. (District of Columbia Department of Health) 2003.
Comprehensive HIV Education and Prevention for Incarcerated Youth. 2003.
Comprehensive AIDS Training Initiative. 2003.
Preventive Case Management Training. (Denver STD/HIV Prevention Training Center) 2005
HIV Prevention Counseling: Incorporating Rapid Testing. (Family Planning Council) 2005.
Helping Communities Build Leadership Training. (NAPWA 2005)



P.O. BOX 91853
WASHINGTON, DC 20090
(202) 246-6564


July 18, 2005


Re:  Khalid Naji-Allah
     2300 Good Hope Rd. #926
     Washington, D.C. 20020
     202.610.0355


To Whom It May Concern:

    This letter is to verify that Khalid Naji-Allah is currently a volunteer at Positive Choices, Inc., a non-profit organization. Positive Choices provides an educational, athletic, emotional and socially enriched environment for economically and disadvantages inner-city youth. Mr. Naji-Allah has been a volunteer at Positive Choices in a community service capacity, since February, 2003. He volunteers on Monday, Tuesday, Thursday and Friday. He has accumulated 1280 hours of volunteer community service as of July 15th 2005. His direct duties are to provide tutorial and counseling services for the participating youths as well as serve as a photographer for all Positive Choices Programs. Mr. Naji-Allah also established an AIDS awareness program for our youth that has made an immediate impact in the lives and choices. He is extremely important to the effectiveness of numerous programs and services we provide. Please find it in your heart to allow him to continue to make a difference in the lives of our youth. He has been nothing but a positive influence to all he has came in contact with. If you have further questions, please feel free to contact me at (202) 246-6564.


Sincerely,

Aazaar A. Rahim
President & CEO
Positive Choices Inc.
202.246.6564


05 2268

FILED

NOV 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT