**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RONALD MARBURY,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | ) Civ. Action No. 05-2268 (ESH) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** *et al.*, | ) |
| | ) |
| **Respondents.** | ) |

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE**

Petitioner has filed an application for a writ of *habeas corpus*. Pursuant to 28 U.S.C. § 2243, it is

**ORDERED** that respondent, through counsel, shall, within twenty (20) days of service of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the writ of *habeas corpus* should not issue.

The Clerk is directed to provide a certified copy of this Order and a copy of the Petition to the United States Marshal to effect service of same upon petitioner's custodian, the United States Parole Commission, and the United States Attorney for the District of Columbia.

**SO ORDERED.**

_____
s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: November 29, 2005