1/2/06

*Let this be filed*
*ESH 1/6/06*

The Honorable Ellen Segal Huvelle
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

RE: Ronald Marbury
    Case Number 1:05CV02268

Dear Judge Huvelle,

   I write this letter today to bring to the court's attention the urgency for my need for relief. This court has the discretion and power to provide such relief.
   I recently filed a Writ of Habeas Corpus with your court and have been given notice by the court that you are the judge presiding over my case. Rather than take up your time by restating the facts of my petition, I would like to point out a few key facts.
   I have been incarcerated for over five months and the United States Parole Commission (U.S.P.C) still has not scheduled an institutional hearing for me. At the present time, I am watching my life crumble before my eyes. I have lost my home, my job, my family, my opportunity to further my education and a host of other things. This is due to only one factor: The U.S.P.C. I sit here not knowing when I am going to be released or when I am going to have a hearing. The U.S.P.C regulations states that I was suppose to have a hearing within 90 days of my arrest, to date they have failed

to follow their own regulations. As a result my family and I are left to suffer. I ask this court to look at all factors. The violation happened in 2002 and the U.S.P.C took no action while I was incarcerated in 2004. They waited 10 months after my release to issue a warrant. Now I have surpassed the 90 day mark and I still have not had a hearing.

In all probability if the U.S.P.C would have taken action in 2004 while I was incarcerated none of the adverse problems I am going through now would have taken place. I would have still had my home, my family and I would have been in my second semester of graduate studies at Lincoln University. I ask this court for a hearing and release from custody pending hearing. Enclosed are copies of my eviction papers. I would like to be able to try to save my home. I thank you for your time in this matter.

Respectfully

*[signature]*

Ronald Marbury
DC# 261-133
CTF/CCA
1901 E St SE
Washington, DC
20003

# Superior Court of the District of Columbia
## CIVIL DIVISION, LANDLORD AND TENANT BRANCH

A & A MARBURY, LLC, **Plaintiff**

vs.                                             L&T __17819__ -05

Name __KHALID NAIL-ALLAH__, **Defendant**

Address __2300 GOOD HOPE ROAD S.E. Unit no. 105__

City: WASHINGTON, D.C. __20020__

You are hereby notified that in the above-entitled cause a writ of possession has been issued, commanding me to take possession of the premises occupied by you as indicated above, and that I shall, if ordered by the plaintiff, proceed on any weekday as early as the _____ day of __DEC 11 2005__, 20____, and as late as the _____ day of __FEB 19 2006__,
(Date to be filled in by the U.S. Marshal's Office)
20____, at any time to execute said writ, remove any personal property found thereon and take possession of the premises.

**THIS IS YOUR LAST NOTICE.**

This _____ day of __DEC 07 2005__, 20____

Total cost of this case to date are $ __168.37__

Steve Conboy
U.S. Marshal
Superior Court UNITED STATES MARSHAL
District of Columbia

By _____ *Deputy Marshal*

Form CV(LA)-458-r/Jan. 00
4-0314-wd-3Ib

# MARBURY PLAZA APTS

## 2300-2334 GOOD HOPE ROAD SE.

## WASHINGTON D.C. 20020

## URGENT NOTICE OF PENDING EVICTION

To: _Mr. Nati-Allah_

From: Property Manager

Date: _12/3/05_

Re: Property Name v. _K. Naji-Allah_
(L&T # _37819_ )
_2300 # 926_

Please be advised that a judgment for possession was entered in the above-referenced case in favor of Landlord. We have instructed our attorneys to file a Writ of Restitution with the court in order to **SCHEDULE AN EVICTION** based upon the judgment for possession. The total amount due through today's date is $_2,508.00_ (including rent, late fees, and court costs). In addition, your rent continues to accrue at the rate of $_800.00_ per month. If you have paid, please immediately call the Property Manager.