UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RONALD MARBURY** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2268 (ESH) |
| | ) | |
| **UNITED STATES PAROLE COMMISSION**, *et al.*, | ) ) | |
| | ) | |
| **Respondents.** | ) | |

**NOTICE OF APPEARANCE**

The United States, by and through its attorney, the United States Attorney's Office for the District of Columbia, hereby informs the Court that Assistant United States Attorney Geoffrey Carter will serve as counsel of record on behalf of the United States Parole in the above-captioned case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

ROBERT D. OKUN (D.C. Bar No. 457-078)
Chief, Special Proceedings Section

_____/s/_____
GEOFFREY CARTER (D.C. Bar No. 460-971)
Assistant United States Attorney
Special Proceedings Section
555 Fourth Street, N.W., Tenth Floor
Washington, D.C. 20530
(202) 305-1845

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2006, a copy of the foregoing pleading was served via U.S. mail on Petitioner Ronald Marbury, *pro se*, postage prepaid, at the following address:

Ronald Marbury, Register No. 19500-003
FDC Philadelphia
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19106

                                                  /s/ Geoffrey Carter
                                       ASSISTANT UNITED STATES ATTORNEY