# Exhibit 3

PB-16
(Revised 10/81)

# BOARD OF PAROLE
## DISTRICT OF COLUMBIA
### CERTIFICATE OF PAROLE

ADULT

APD# 21860-98

The DISTRICT OF COLUMBIA BOARD OF PAROLE, having been advised that Ronald Marbury D.C.D.C. 261-133 is eligible to be PAROLED, and it being the opinion of the BOARD OF PAROLE that the above-named will remain at liberty without violating the law and that the release of the individual to supervision is not incompatible with the welfare of society, it is ORDERED by the BOARD that the above-named be PAROLED on October 27, 1998, 19__, and that said person remain under supervision within the limits of the U.S. Marshal Services Detainer ~~including the District of Columbia, Prince Georges and Montgomery Counties of Maryland, Arlington and Fairfax Counties of Virginia, including the cities of Alexandria, Fairfax and Falls Church, Virginia~~ until Nov. 14, 2024, 19__; unless or until other action is taken by the District of Columbia BOARD OF PAROLE.

This action is subject to the above-named individual's signing an agreement to abide by and comply with all of the conditions of parole as shown on the reverse side of this CERTIFICATE.

Given under the hands and seal of the BOARD this ___28th___ day of ___September___, 19_98_.

The above-named was released on the _____ day of _____, 19____.

_Margaret Quick_

Administrator

If subject is released prior to he/she is to report to Parole Supervision
301 "C" St., N.W., Suite 2132
Washington, DC 20001
(202) 727-1646

EXHIBIT
3

3-3469