# Exhibit 4

```
  PAR5A  540*23  *        SENTENCE MONITORING         *    09-13-2005
AGE 001           *        COMPUTATION DATA            *    16:24:09
                           AS OF 09-08-1999

EGNO..: 19500-003  NAME: MARBURY, RONALD MAURICE


BI NO...........: 593673PA4         DATE OF BIRTH: ▮▮▮▮▮▮
RS1.............: 2-D/A-ADMIT
NIT.............:                    QUARTERS.....:
ETAINERS........: NO                 NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  09-08-1999 VIA GCT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER...................: 1:93CR00323-001
JUDGE...........................: HILTON
DATE SENTENCED/PROBATION IMPOSED: 01-14-1994
DATE COMMITTED..................: 03-17-1999
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:   $50.00          $00.00           $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

------------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 381
OFF/CHG: 21:841(A)(1).PWITD > 5GMS OF CRACK.

  SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    78 MONTHS
  TERM OF SUPERVISION............:     4 YEARS
  DATE OF OFFENSE................: 08-05-1993




G0C02        MORE PAGES TO FOLLOW . . .
```

EXHIBIT 4

```
H     PAR5A  540*23  *         SENTENCE MONITORING          *    09-13-2005
AGE 002 OF 002 *                COMPUTATION DATA             *    16:24:09
                                 AS OF 09-08-1999

EGNO..: 19500-003 NAME: MARBURY, RONALD MAURICE


------------------------PRIOR COMPUTATION NO: 010 -------------------------

OMPUTATION 010 WAS LAST UPDATED ON 09-08-1999 AT PET AUTOMATICALLY

HE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
RIOR COMPUTATION 010:    010 010

ATE COMPUTATION BEGAN..........: 01-16-1994
OTAL TERM IN EFFECT............:    78 MONTHS
OTAL TERM IN EFFECT CONVERTED..:     6 YEARS       6 MONTHS
ARLIEST DATE OF OFFENSE........: 08-05-1993

AIL CREDIT.....................:    FROM DATE     THRU DATE
                                     08-05-1993    08-10-1993

TOTAL PRIOR CREDIT TIME.........: 6
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 305
TOTAL GCT EARNED................: 305
STATUTORY RELEASE DATE PROJECTED: 09-08-1999
SIX MONTH /10% DATE.............: 03-08-1999
EXPIRATION FULL TERM DATE.......: 07-09-2000


ACTUAL SATISFACTION DATE........: 09-08-1999
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: PET
ACTUAL SATISFACTION KEYED BY....: DLT

DAYS REMAINING..................: 305
FINAL PUBLIC LAW DAYS...........: 0

REMARKS........: NUNC PRO TUNC DESIGNATION GRANTED ON 09-08-99, TO BEGIN
                 FEDERAL SENTENCE ON 01-16-1994.




S0039       ALL CURRENT COMPS ARE SATISFIED
```