# Exhibit 5

| BP-S394.058 **DETAINER ACTION LETTER** CDFRM | |
|---|---|
| FEB 94 DC# 261-133 | |
| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |

| To: Parole Determination Svc. Division<br>District of Columbia Parole Board<br>300 Indiana Avenue, N.W., Ste. 2044<br>Washington, D.C. 20001 | INSTITUTION RECORDS OFFICE<br>FEDERAL CORRECTIONAL INSTITUTION<br>P. O. BOX 90026<br>PETERSBURG, VA  23804 |
|---|---|
| | Date: September 8, 1999 |
| Re: DCDC No. 261-133<br>DOB: ███ | Inmate's Name<br>MARBURY, Ronald Maurice | Register No.<br>19500-003 |

The below checked paragraph relates to the above named inmate:

This office is in receipt of the following report:

_____. Will you please investigate this report and advise what disposition, if any, has been made of the case. If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer, or indicate you have no further interest in subject.

☐ A detainer has been filed against this subject in your favor charging_____
_____. Release is tentatively scheduled for
_____, however, we will again notify you approximately 60 days prior to actual release.

Enclosed is your detainer warrant. Your detainer against the above named has been removed in compliance with your request.

☐ Your detainer warrant has been removed on the basis of the attached
_____. Notify this office immediately if you do not concur with this action.

☒ Your letter dated October 20, 1998 requests notification prior to the release of the above named prisoner. Our records have been noted. **The defendant was released from his Federal Sentence on September 8, 1999 via Good Conduct Time Release.**

☐ I am returning your _____ on the above named inmate who was committed to this institution on _____ to serve _____ for the offense of _____. If you wish your _____ filed as a detainer, please return it to us with a cover letter stating your desire to have it placed as a hold or indicate you have no further interest in the subject.

☐ The above named inmate has been transferred to _____. Your detainer/notification request has been forwarded.

☐ Other:

Sincerely,
For, Gary Bowers
Inmate Systems Manager

2 Signed Record Copies - 1 Addressee, 1 - Judgment & Commitment File; Copy - Inmate; Copy - Central File
(Section 1); Copy - Correctional Services Department
(This form may be reproduced via WP)                    (Replaces BP-394(58) dtd October 1988)

EXHIBIT 10/5