# Exhibit 6

DMJ



JUL 25

# Court Services and Offender Supervision Agency
## for the District of Columbia
*Community Supervision Services*
*General Supervision Branch "B"*

### REPORT OF ALLEGED VIOLATION(S)

7-22-03

| | | | |
|---|---|---|---|
| **TO:** | United States Parole Commission | | |
| **FROM:** | Marie Asiké   **Unit:** | GS Branch IIB Team IV | |
| | Community Supervision Officer | **Telephone:** | 202-442-1222 |
| | | | |
| **Client:** | Ronald Marbury | **FBI #:** | |
| **DCDC #:** | 261-133 | **PDID #:** | 390-737 |

**Action Recommended:**   Order to appear for Revocation is recommended

**Sentencing Information:**

Mr. Marbury was paroled on October 27, 1998. His full term expiration date is November 14, 2024. No other sentencing information is available.

**Violations:**

Allegation # 1 – Failure to obey the law

Mr. Marburry was arrested on 7-5-03 on a warrant issued on 4-11-03 by Stafford County. The nature of the arrest charge is unknown. The community supervision officer will contact Stafford County to request for the arrest report and will forward it to USPC upon receipt.

**Case Summary:**

Mr. Marbury's adjustment to community supervision was considered satisfactory prior to re-arrest.

**Recommendation:**

Order to Appear for Revocation is recommended.

Respectfully Submitted,

Signature: *Marie Asiké*
Marie Asiké
Community Supervision Officer

Date: 7-22-03

Approved by:

*25 K Street, Northeast, Washington, DC 20002*
*Voice: (202) 442-1222  Fax: (202) 442-1391*

EXHIBIT
6

Court Services and Offender Supervision Agency                              Page 2

Signature: _____  Date: 7/22/03
           Vincent Agubokwu
           Supervisory Community Supervision Officer

cc: