# Exhibit 7

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### UNITED STATES PROBATION OFFICE

**JOHN R. LONG**
**CHIEF U.S. PROBATION OFFICER**

401 Courthouse Square
Alexandria 22314-5797
703-299-2300

September 4, 2003

Suite 1
320-B Charles Dimmock Parkway
Colonial Heights 23834
804-526-1806

Suite 100
10590 Battleview Parkway
Manassas 20109
703-368-2100

Room 300, Post Office Bldg.
101 25th Street
Newport News 23607
757-245-0883

Suite 200, U.S. Courthouse
600 Granby Street
Norfolk 23510
757-222-7300

Room 285, U.S. Courthouse Annex
1100 East Main Street
Richmond 23219
804-771-2317

REPLY TO: Alexandria

SEP - 5 2003

Ms. Deirdre Jackson
Case Analyst
U.S. Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815

RE:  MARBURY, Ronald
DCDC No.: 261-133

SUPPORT DOCUMENTATION

Dear Ms. Jackson:

As requested in your letter of August 22, 2003, enclosed is a copy of the support documentation you requested regarding Mr. Marbury's warrant for Forgery of Checks.

If I can be of further assistance to you in this matter, please do not hesitate to contact me at (703)299-2354.

Sincerely,

Juan E. Peredo
U.S. Probation Officer

JEP/mjk
Enclosures
cc: CUSPO
    SUSPO

**EXHIBIT 7**

# In the Circuit Court of Stafford County

| | |
|---|---|
| KHALID NAJI-ALLAH<br><br>DOB: ▉<br>SSN: ▉<br><br>Race: Black  Sex: Male<br>Hgt: 5'8  WGT: 180<br>Eyes: Brown  Hair: Black | Forgery |

### Direct Grand Jury Indictment

The Grand Jurors of Stafford County, attending the Court aforesaid, upon their oaths present that,

**KHALID NAJI-ALLAH**

On or about the 30th day of December, 2002, in the County of Stafford, did forge, with the intent to defraud, a draft or check to the prejudice of the rights of another in violation of § 18.2-172; 18.2-10 of the Code of Virginia (1950), as amended.

Class 5 Felony

Range of Punishment: Confinement in the penitentiary for not less than one (1) year nor more than ten (10) years, or in the discretion of the jury or the court trying the case without a jury, confinement in jail for not more than twelve months and a fine of not more than $2,500.00, either or both.

Grand Jury Witness: T.S. Martin, Stafford County Sheriff's Office        A True Bill  ✓

Grand Jury Date: April 7, 2003

Not A True Bill ____

_____
Foreman of the Grand Jury

CR03000278-00

## In the Circuit Court of Stafford County

KHALID NAJI-ALLAH

DOB: ███
SSN: ███

Race: ███  Sex: ███
Hgt: ███  WGT: ███
Eyes: ███  Hair: ███

Uttering a Forged Check

### Direct Grand Jury Indictment

The Grand Jurors of Stafford County, attending the Court aforesaid, upon their oaths present that,

**KHALID NAJI-ALLAH**

On or about the 30th day of December, 2002, in the County of Stafford, did, with the intent to defraud, utter or attempt to employ as true, a draft or check to the prejudice of the rights of another, in violation of § 18.2-172; 18.2-10 of the Code of Virginia (1950) as amended.

Class 5 Felony

Range of Punishment: Confinement in the penitentiary for not less than one (1) year nor more than ten (10) years, or in the discretion of the jury or the court trying the case without a jury, confinement in jail for not more than twelve months and a fine of not more than $2,500.00, either or both.

Grand Jury Witness: T.S. Martin, Stafford County Sheriff's Office     A True Bill ✓

Grand Jury Date: April 7, 2003

Not A True Bill ___

_____
Foreman of the Grand Jury

CR03000278-C1

# In the Circuit Court of Stafford County

KHALID NAJI-ALLAH

DOB:
SSN:

Race:       Sex:
Hgt:        WGT:
Eyes:       Hair:

Attempted Obtaining Money or Property by False Pretenses

### Direct Grand Jury Indictment

The Grand Jurors of Stafford County, attending the Court aforesaid, upon their oaths present that,

**KHALID NAJI-ALLAH**

On or about the 30th day of December, 2002, in the County of Stafford, with the intent to defraud, did attempt to obtain by false pretense or token, money or property, having a value of $200.00 or more, belonging to Walmart, in violation of § 18.2-178; 18.2-26; 18.2-10 of the Code of Virginia (1950) as amended.

Class 6 Felony

Range of Punishment: A term of imprisonment of not less than one (1) year nor more than five (5) years, or in the discretion of the jury or the court trying the case without a jury, confinement in jail for not more than twelve (12) months and a fine of not more than $2,500.00, either or both.

Grand Jury Witness:     T.S. Martin, Stafford County Sheriff's Office     A True Bill    ✓

Grand Jury Date:     April 7, 2003

Not A True Bill _____

_____
Foreman of the Grand Jury

CR03000278-02

# In the Circuit Court of Stafford County

**KHALID NAJI-ALLAH**

DOB: ▮▮▮
SSN: ▮▮▮

Race: ▮ Sex: ▮
Hgt: ▮ WGT: ▮
Eyes: ▮ Hair: ▮

**Disorderly Conduct**

## Direct Grand Jury Indictment

The Grand Jurors of Stafford County, attending the Court aforesaid, upon their oaths present that,

**KHALID NAJI-ALLAH**

On or about the 30th day of December, 2002, in the County of Stafford, did with the intent to cause public inconvenience, annoyance or alarm, or recklessly creating a risk thereof, engage in conduct in a public place having a direct tendency to cause acts of violence by the person or persons at whom, individually, such conduct was directed, in violation § 18.2-415 of the Code of Virginia (1950) as amended.

Class 1 Misdemeanor

Range of Punishment: Confinement in jail for not more than twelve (12) months and a fine of not more than $2,500.00, either or both.

---

Grand Jury Witness: T.S. Martin, Stafford County Sheriff's Office

Grand Jury Date: April 7, 2003

A True Bill ___✓___

Not A True Bill _____

_____
Foreman of the Grand Jury

CR03000278-03

# In the Circuit Court of Stafford County

| KHALID NAJI-ALLAH  DOB: ■  SSN: ■  Race: ■ Sex: ■  Hgt: ■ WGT: ■  Eyes: ■ Hair: ■ | Possession of Fictitious Official License |

### Direct Grand Jury Indictment

The Grand Jurors of Stafford County, attending the Court aforesaid, upon their oaths present that,

**KHALID NAJI-ALLAH**

On or about the 30th day of December, 2002, in the County of Stafford, did possess a fictitious driver's license issued by a state, territory or possession of the United States, the District of Columbia, or the Commonwealth of Puerto Rico, in violation § 18.2-204.2, of the Code of Virginia (1950) as amended.

Class 2 Misdemeanor

Range of Punishment: Confinement in jail for not more than six (6) months and a fine of not more than $1,000, either or both.

Grand Jury Witness: T.S. Martin, Stafford County Sheriff's Office       A True Bill  ✓

Grand Jury Date: April 7, 2003

Not A True Bill ___

*[signature]*
Foreman of the Grand Jury

*CR03000278-04*

# In the Circuit Court of Stafford County

| | |
|---|---|
| KHALID NAJI-ALLAH<br><br>DOB: ▮<br>SSN: ▮<br><br>Race: ▮ Sex: ▮<br>Hgt: ▮ WGT: ▮<br>Eyes: ▮ Hair: ▮ | Assault and Battery |

### Direct Grand Jury Indictment

The Grand Jurors of Stafford County, attending the Court aforesaid, upon their oaths present that,

### KHALID NAJI-ALLAH

On or about the 30th day of December, 2002, in the County of Stafford, did assault and batter Michael Krowll, in violation § 18.2-57 of the Code of Virginia (1950) as amended.

Class 1 Misdemeanor

Range of Punishment: Confinement in jail for not more than twelve (12) months and a fine of not more than $2,500.00, either or both.

| | | |
|---|---|---|
| Grand Jury Witness: | T.S. Martin, Stafford County Sheriff's Office | A True Bill ✓ |
| Grand Jury Date: | April 7, 2003 | Not A True Bill ____ |
| | | Foreman of the Grand Jury |

CR03000278-05

# In the Circuit Court of Stafford County

| KHALID NAJI-ALLAH | Assault and Battery |
|---|---|
| DOB: ▓▓▓ SSN: ▓▓▓ Race: ▓ Sex: ▓ Hgt: ▓ WGT: ▓ Eyes: ▓ Hair: ▓ | |

### Direct Grand Jury Indictment

The Grand Jurors of Stafford County, attending the Court aforesaid, upon their oaths present that,

### KHALID NAJI-ALLAH

On or about the 30th day of December, 2002, in the County of Stafford, did assault and batter Lisa Self, in violation § 18.2-57 of the Code of Virginia (1950) as amended.

Class 1 Misdemeanor

Range of Punishment: Confinement in jail for not more than twelve (12) months and a fine of not more than $2,500.00, either or both.

Grand Jury Witness: T.S. Martin, Stafford County Sheriff's Office          A True Bill  ✓

Grand Jury Date: April 7, 2003

Not A True Bill _____

_____
Foreman of the Grand Jury

CR03000278-06

# In the Circuit Court of Stafford County

| KHALID NAJI-ALLAH<br><br>DOB: ▓<br>SSN: ▓<br><br>Race: ▓  Sex: ▓<br>Hgt: ▓  WGT: ▓<br>Eyes: ▓  Hair: ▓ | Obstruction of Justice |
|---|---|

### Direct Grand Jury Indictment

The Grand Jurors of Stafford County, attending the Court aforesaid, upon their oaths present that,

**KHALID NAJI-ALLAH**

On or about the the 30th day of December, 2002 did knowingly obstruct a Judge, Magistrate, witness or law enforcement officer in the performance of his duties in violation of Virginia Code Section 18.2-460.

Class 2 Misdemeanor

Range of Punishment: A term of confinement in jail for a period not exceeding six (6) months and/or a fine of not more than $1,000, either or both.

| Grand Jury Witness: | T.S. Martin, Stafford County Sheriff's Office | A True Bill ✓ |
|---|---|---|
| Grand Jury Date: | April 7, 2003 | Not A True Bill ___ |

_____
Foreman of the Grand Jury

CR03000278-07