# Exhibit 8

# Memorandum



| | |
|---|---|
| **Subject** | **Date** |
| Marbury, Ronald<br>Reg. No. 00261+133 | October 8, 2003 |
| **To** | **From**  |
| Shelley Witenstein<br>Case Services Administrator<br>U.S. Parole Commission | Deirdre Jackson<br>Case Analyst<br>U.S. Parole Commission |

**Summary:** Subject was convicted of Attempted PWID Cocaine and Bail Reform Act. He was sentenced to 30 years, 1 year consecutive. He paroled to a federal non-parolable sentence for PWID Cocaine (Crack) on 10/27/98 with a full term date of 11/14/2024. He released from BOP custody on 9/8/99.

On 7/25/2003 a violation report was received indicating subject was arrested 7/5/2003 for Forgery of Checks in Stafford County, VA. A collateral request was sent to USPO E/D of Virginia. The response indicates on or about 12/30/2002 subject attempted to purchase merchandise valued at more than $200 from a Wal-Mart Store. When store personnel took subject's check and ID to customer service to contact police, subject attempted to grab the check and ID. A struggle ensued during which time a second employee was elbowed in the chest. Forgery and Assault charges have been filed.

Subject was arrested on 7/5/2003 in Washington, DC after he called police to report that his car had been stolen. When police arrived it was determined subject was wanted on the above cited charges in VA.

The CSO requested an OAR (summons) in this case. The RAV indicates subject's adjustment was considered satisfactory at the time of his arrest. I am recommending the USPC defer final action pending disposition of the VA charge. If you agree, the CSO will be requested to provide the USPC with an update once disposition has been reached.

**Analyst Recommendation:** Deny summons request. Defer final action pending disposition of the VA charge.

| | | | |
|---|---|---|---|
| Reviewer: | ✓ Agree | ____ Disagree | ____ Discuss |
| Commissioner: | ____ Agree | ____ Disagree | ____ Discuss |
| Comm/Designee: | ____ Agree | ____ Disagree | ____ Discuss |

_Shelley L. Witenstein_     10/11/03
Commissioner/Designee      Date

Commissioner/Designee      Date

EXHIBIT 8