# Exhibit 9



**U.S. DEPARTMENT OF JUSTICE**
United States Parole Commission

5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
Telephone: (301)492-5821
Facsimile: (301)492-5525

October 14, 2003

LaFoyia Sabb
Community Supervision Officer
General Supervision Unit VII-Team 4
CSOSA
25 K Street, N.E.
Washington, D.C. 20001

Re:  Marbury, Ronald
     Reg. No. 00261-133
     DCDC No. 261-133

Dear CSO Sabb:

We have received the following material:

    Order to Appear (summons) request

We have taken the following action:

    Denied the summons request. Defer action pending disposition of VA charge.

Please continue to monitor this case and submit an updated status report once disposition has been reached. Please include the Judgment & Commitment Order if subject is ultimately convicted.

Thank you for your assistance in this matter.

Sincerely,

*Deirdre Jackson*
Deirdre Jackson
Case Analyst

DMJ

Queued: 10-14-2003 14:13:25 USPO-General Supervision Unit VII-Team 4 |

EXHIBIT
9