# Exhibit 10



**Court Services and Offender Supervision Agency for the District of Columbia**

*Community Supervision Services*
*General Supervision/Branch II-B*

Tuesday, 15 March 2005

[Stamp: US PAROLE COMMISSION MAR 2 1 2005]

# MEMORANDUM

TO : Deirdre Jackson
    The United States Parole Commission
    5550 Friendship Boulevard
    Chevy Chase, MD 20815-7286

FROM : Mazen Eraifeg, Community Supervision Officer
    General Supervision—Team 32 *MRE*
    (202) 585-7657

SUBJECT : Follow-up on Re-arrest Matter

RE : Ronald Marbury (aka Khalid Naji-Allah)
DOB : [redacted]
PDID# : 390-737
DCDC# : 261-133
DKT# : F11924-93

Mr. Ronald Marbury is a 31 year-old male who was sentenced on 2/1/1994 to 6 years and 6 months to 30 years in jail for the charge of Attempted Distribution of Cocaine. The offender was released to parole on 10/27/1998 with a full-term date of 11/14/2024. Special conditions include special drug aftercare.

Reference is made to the violation report dated 7/22/03, in which CSO Lafoyia Sabb requested a revocation hearing for Mr. Marbury due to his re-arrest in Virginia on 7/14/03 for the charges of Forgery, Uttering and Assault & Battery. The USPC deferred taking any action pending the disposition in the re-arrest. This case was assigned to this CSO on 2/14/05. After reviewing Mr. Marbury's case file, it was discovered that his re-arrest had not addressed.

Search of the Virginia court case information website revealed that Mr. Marbury was sentenced on 3/29/04 to 5 years confinement with 5 yeas suspended for the Forgery & Uttering offense and 12 months in jail with 12 months suspended for the offense of Assault & Battery. Mr. Marbury was ordered to 10 years of unsupervised probation ordered for all offenses, which is to run consecutively.

3850 South Capitol Street, Southeast, 3rd Floor, Washington, D.C. 20032-1418
Voice: (202) 585-7664 ❖ Fax: (202) 585-7661

EXHIBIT 10

As a result of Mr. Marbury's sentence of unsupervised probation and his satisfactory adjustment to parole supervision, we respectfully recommend that the Parole Commission issue a letter of reprimand to address the Virginia arrest.

Supervisory Approval: _____    3/15/2005
                                                    Date