# Exhibit 11





**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
Telephone: (301)492-5821
Facsimile: (301)492-5525

May 18, 2005

Juan E. Peredo
U.S. Probation Officer
Eastern District of Virginia
401 U.S. Courthouse Square
Alexandria, VA 22314-5704

Re:   Marbury, Ronald                              **Collateral Request**
      DCDC No. 261-133
      FBI No. 593673PA4
      DOB:

Dear Mr. Peredo:

On 8/22/2003 we requested additional information regarding this offender's arrest in your district on 4/11/2003. On 9/4/2003 we received your response which included documentation of the arrest for Forgery of Checks.

We have now received information that the offender was convicted of Forgery & Uttering and Assault & Battery in Stafford County Circuit Court. In order to determine an appropriate USPC response, we need a copy of the sentencing order for the new conviction.

Please obtain this information and forward to our office at your earliest convenience. Thank you for your assistance in this matter.

Sincerely,

Deirdre Jackson
Deputy Case Services Administrator

DMJ



EXHIBIT
11