# Exhibit 12

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### UNITED STATES PROBATION OFFICE

**JOHN R. LONG**
**CHIEF U.S. PROBATION OFFICER**

401 Courthouse Square
Alexandria 22314-5797
703-299-2300

June 16, 2005

REPLY TO: Third Floor
U.S. District Courthouse
401 Courthouse Square
Alexandria, Virginia 22314
703-299-2300

Ms. Deirdre Jackson
Deputy Case Services Administrator
U.S. Department of Justice
U.S. Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

                    RE: MARBURY, Ronald
                     DOB: ███████

<u>COLLATERAL RESPONSE</u>

Dear Ms. Jackson:

As requested in your letter dated May 18, 2005, please find enclosed Sentencing Order received in our office on June 15, 2005, for the above-referenced offender.

If further assistance is needed, please contact the undersigned at (703) 299-2354.

                     Very truly yours,

                     Juan E. Peredo
                     United States Probation Officer

JEP/gw
Enclosure



US PAROLE
JUN 17 2005
COMMISSION

EXHIBIT 12

# SENTENCING ORDER

VIRGINIA: IN THE CIRCUIT COURT OF STAFFORD COUNTY

FEDERAL INFORMATION PROCESSING
STANDARDS CODE: 179

Hearing Date: **March 29, 2004**
Judge: **James W. Haley, Jr.**

COMMONWEALTH OF VIRGINIA

v.

**Khalid Naji-Allah**, DEFENDANT

    This case came before the Court for sentencing of the defendant, who appeared in person with his attorney, **James Ilijevich**. The Commonwealth was represented by **George Elsasser**.

    On **December 4, 2003** the defendant was found guilty of the following offenses:

| CASE NUMBER | OFFENSE DESCRIPTION AND INDICATOR (F/M) | OFFENSE DATE | VA. CODE SECTION |
|---|---|---|---|
| CR03-278-00 | Forgery (F) | 12-30-02 | 18.2-172 |
| CR03-278-01 | Uttering (F) | 12-30-02 | 18.2-172 |
| CR03-278-06 | Assault & Battery (M) | 12-30-02 | 18.2-57 |

    The Pre-sentence report was considered and is ordered filed as a part of the record in this case in accordance with the provisions of Code Section 19.2-299.

    Pursuant to the provisions of Code Section 19.2-298.01, the Court has considered and reviewed the applicable discretionary sentencing guidelines and the guidelines worksheets. The sentencing guidelines worksheets and the written explanation of any departure from the guidelines are ordered filed as a part of the record in this case.

    Before pronouncing the sentence, the Court inquired if the defendant desired to make a statement and if the defendant desired to advance any reason why judgment should not be pronounced.

    The Court SENTENCES the defendant to:

Incarceration with the Virginia Department of Corrections for the term of: 5 years for forgery; 5 years for uttering and 12 months in jail for assault & battery. The total sentence imposed is 10 years and 12 months.

These sentences shall run consecutive with all other sentences.

The Court SUSPENDS 5 years of the 5 year sentence for forgery, 5 years of the 5 year sentence for uttering upon the following condition(s):

**Good behavior.** The defendant shall be of good behavior for 10 years from the defendant's release from confinement.

**Costs.** The defendant shall pay costs of $1773.00, plus any additional fees as may be required under section 17.1-275.5 of the code of Virginia. Such costs shall be paid in full within 6 months of his release from incarceration on this charge.

**Credit for time served.** The defendant shall be given credit for time spent in confinement while awaiting trial pursuant to Code Section 53.1-187.

**DNA Analysis.** The defendant shall submit a sample of his blood for DNA analysis as required by statute.

March 29, 2004        ENTER: _____
DATE                                    JUDGE

DEFENDANT IDENTIFICATION:

DOB ███   SSN ███   Sex: ███

SENTENCING SUMMARY:
TOTAL SENTENCE IMPOSED: 10 years and 12 months
TOTAL SENTENCE SUSPENDED: 10 years
TOTAL ACTIVE TIME TO SERVE: 12 months

A COPY TESTE:

Barbara G. Decatur, CLERK
CIRCUIT COURT OF STAFFORD