# Exhibit 13

| U.S. DEPARTMENT OF JUSTICE | WARRANT APPLICATION |
|---|---|
| UNITED STATES PAROLE COMMISSION | D.C. Code Offender |

Name .............................. Marbury, Ronald

Reg. No ........................
DCDC No ...................... 261-133
FBI No .......................... 593673PA4
Birth Date ......................
Race ..............................

Date ............................................ June 22, 2005
Termination of Supervision ...... 11/14/2024
[If Conviction Offense Before April 11, 1987 And Offender Is On Mandatory Release, Termination Date Is 180 Days Prior To Full Term]
Violation Date .......................... 12/30/2002
Released ................................. October 27, 1998

Sentence Length ........... 30 years, 1 year (consecutive)
Original Offense .............. Attempted Possession with Intent to Distribute Cocaine; Bail Reform Act

If you have been arrested on a violator warrant in the District of Columbia and you have not been convicted of a new offense, you shall be given a probable cause hearing within five days of your arrest and violator warrant. Probable cause hearings are normally scheduled on Tuesdays and Fridays at the Central Detention Facility. The purpose of the probable cause hearing is to determine if there is probable cause to believe that you have violated the conditions of your release, and if so, whether to release you or hold you for a revocation hearing. If no probable cause is found, you will be released and either reinstated to supervision, or discharged from further supervision if your sentence has expired.

At your probable cause hearing and any subsequent revocation hearing you will be apprised of the information supporting the violation charges. You may present documentary evidence and voluntary witnesses on your behalf. If you deny the charge(s) against you, you may request the presence of those persons who have given information upon which the charges are based. Such adverse witnesses will be made available for questioning unless good cause is found for their non-appearance.

You may be represented by an attorney or, if you are unable to pay for such representation, an attorney will be appointed for you if you fill out and promptly return a request for representation to the hearing examiner.

If, after a revocation hearing, you are found to have violated the conditions of your release the Commission may: (1) restore you to supervision, and, if appropriate, (a) reprimand you; (b) modify your conditions of supervision; or (c) refer you to a residential community treatment center for the remainder of your sentence; or (2) revoke your parole, mandatory release, or supervised release in which case the Commission will also decide when to consider you for further release.

If the Commission revokes your parole, mandatory release, or supervised release you will not receive credit toward service of your sentence for time spent on parole/mandatory release/supervised release.

## CHARGES:

**Charge No. 1 - Law Violation** – a) Forgery - Conviction; b) Uttering - Conviction; c) Assault & Battery - Conviction. On 12/30/2002, the releasee attempted to purchase merchandise from Wal-Mart with an altered check. When store personnel refused to return his ID, the releasee got into a wrestling match with one employee and elbowed a second employee in the chest. The releasee was arrested by the Stafford County, VA Sheriff's Office for the above-cited offense on 12/30/2002. On 12/4/2003, the releasee was convicted by the Stafford County Circuit Court for the above-cited offenses and sentenced to a) 5 years (suspended); b) 5 years (suspended); c) 12 months.

Marbury, Ronald
DCDC No. 261-133

EXHIBIT
13

This charge is based on the information contained in the violation report dated 7/22/2003 from supervising officer Marie Asike, collateral response dated 9/4/2003 & 6/16/2005, a police report dated 12/30/2002, and a judgment dated 3/29/2004. Status of Custody/Criminal Proceedings: Served state sentence.
I ADMIT [ ] or DENY [ ] this charge.

Warrant Recommended By:

Warrant Issued.................. **June 22, 2005**

Deirdre Jackson, Deputy Case Services Administrator
U.S. Parole Commission

Community Supervision Office Requesting Warrant: General Supervision Unit VII-Team 4, 25 K Street

**Marbury, Ronald
DCDC No. 261-133**