# Exhibit 14

# WARRANT
## D.C. Code Offender

**U.S. Department of Justice**
**United States Parole Commission**

To the U.S. Marshal or Any Federal or District of Columbia Officer Authorized to Serve Criminal Process Within the United States:

WHEREAS, Marbury, Ronald, DCDC No. 261-133, was sentenced by the Superior Court of the District of Columbia or the United States District Court to serve a sentence of 30 years, 1 year (consecutive) for the crime of Attempted Possession with Intent to Distribute Cocaine; Bail Reform Act and was on October 27, 1998 released on parole from D.C. Department of Corrections with 9515 days remaining to be served;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by the authority of §§24-205, 24-131, and 24-133 of the District of Columbia Code, to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody.

WITNESS my hand and the seal on June 22, 2005



U.S. Parole Commissioner

Marbury, Ronald
DCDC No. 261-133

EXHIBIT
14