# Exhibit 15

Date: July 28, 2005

# FYI    FYI    FYI    FYI    FYI

**TO:** UNITED STATE PAROLE COMMISSION
Chevy Chase, Maryland 20815

**FM:** UNITED STATES MARSHAL SERVICE
Washington, DC 20001

**RE:** Warrant Executed

Subject: MARBURY, Ronald
Registration NO: 19500-003
DCDC: 261-133
PDID: 390-737

The above reference subject was processed on July 27, 2005, by the USMS District of COLUMBIA as a Parole Violator. He was committed to the D.C. Department of Corrections and is in D.C. Jail awaiting further action by the United States Parole Commission.

RB/yrs

EXHIBIT 15

# WARRANT
## D.C. Code Offender

U.S. Department of Justice
United States Parole Commission

To the U.S. Marshal or Any Federal or District of Columbia Officer Authorized to Serve Criminal Process Within the United States:

WHEREAS, Marbury, Ronald, DCDC No. 261-133, was sentenced by the Superior Court of the District of Columbia or the United States District Court to serve a sentence of 30 years, 1 year (consecutive) for the crime of Attempted Possession with Intent to Distribute Cocaine; Bail Reform Act and was on October 27, 1998 released on parole from D.C. Department of Corrections with 9515 days remaining to be served;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by the authority of §§24-205, 24-131, and 24-133 of the District of Columbia Code, to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody.

WITNESS my hand and the seal on June 22, 2005

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Parole Commissioner

Marbury, Ronald
DCDC No. 261-133

## WARRANT For Return Of Prisoner Released To Supervision

Name: Marbury, Ronald                             Institution: D.C. CCM
Reg. No. DCDC No.                                 261-133

---

### UNITED STATES MARSHAL'S RETURN TO UNITED STATES PAROLE COMMISSION

NOTE: Do not execute this warrant if the subject is being held in custody on other federal, state or local charges, unless otherwise ordered by the Commission. (See instructions on accompanying memorandum.)

_____ District of _____C0C_____ ss:

Received this writ the ___8___ day of ___July___, 20_05_, and executed same by arresting the within-named ___Ronald Marbury___

this ___27___ day of ___July___, 20_05_;

at ___2pm___ and committing him to ___DC JAIL___

_____
                                                U.S. Marshal

_____William Martin_____
                                                Deputy Marshal

Further executed same by committing him to _____

at _____ on _____, 20_____, the institution designated by the Attorney General, with the copy of the warrant and warrant application.

_____
                                                U.S. Marshal

_____
                                                Deputy Marshal

NOTE: The original of this warrant is to be returned to the U.S. Parole Commission, 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

### ACKNOWLEDGEMENT OF SERVICE:

I have received a copy of the warrant application dated ___Jun 22, 2005___

_____                          ___Jul 27, 2005___
Prisoner's Signature                                Date

---

Marbury, Ronald
DCDC No. 261-133