# Exhibit 16




## PROBABLE CAUSE WORKSHEET – DC

**Marbury, Ronald**　　　　　　　　　Reg. No: ~~00261+133~~ /9500-003

Location: **USMS-DC**　　　　　　　　Fax No. (if **not** in BOP):

CJA-22 to be signed at designated institution

Warrant Issued: **6/22/05**　　　　　　Warrant Executed: **7/27/05**

Full Term Date at Time Warrant Issued: **11/14/2024**

Recalculated Full Term Date: **8/14/2031**　　Recalculated MR Date: **1/22/2023**

Type of Supervision: Parole

## Recommendation of Case Analyst

### On Probable Cause:

A probable cause finding is recommended for the following charges:

Charge No. 1 - Law Violation - A) Forgery-Conviction B) Uttering-Conviction C) Assault and Battery-Conviction

This recommendation is based on: New conviction

**Notes:** The subject is a D.C code offender that was sentenced to 30 years for Attempted Possession with The Intent to Distribute Cocaine and Bail Reform Act. The subject was paroled by the D.C Parole Board on 10/27/98 to a 78-month new law sentence for Possession With The Intent To Distribute 5 grams of Crack. The subject's full term date on the DC code offense was 11/4/2024. He completed his SRA sentence on 9/8/1999.

The USPC was advised by the CSO the subject was arrested in Washington, D.C for an outstanding warrant held by Stafford County, Virginia Sheriff's Office for Forgery of Checks. The incident stemmed from the subject attempting to purchase $200 worth of merchandise from a department store in Stafford County, Virginia with forged checks. When the clerk attempted to take the check and ID to contact police, the subject attempted to grab the check and ID and assaulted the clerk. The subject was later convicted and sentenced on 3/29/2004 to 5 years with 5 years suspended for Forgery; 5 years with 5 years suspended for Uttering and 12 months for Assault and Battery with 10 years good behavior upon release by Stafford County, Virginia Circuit Court. The sentences are to run consecutive. The USPC detainer was executed on 7/27/05. This analyst contacted Rappahanock, Virginia Regional Jail to verify dates of incarceration. According to Jail Records, the subject was in custody from 12/30/02 to 12/30/02. The subject was arrested in D.C. on a fugitive warrant on 7/5/03, turned over to Virginia Authorities on 7/8/03 and released on bond the same day. The subject was sentenced on 3/29/04 and completed the sentence on 9/21/04. The subject should receive guideline credit for time in custody.

**EXHIBIT**
16

Marbury 00261+133　　　　　　　　　　　　　　　　　　　　Page 1 of 3

**On Disposition:**
Designate for Institutional Hearing

Institutional Revocation Hearing

**Notes:**

**On Appearance of Adverse Witnesses:**

Adverse Witnesses Requested by Parolee:

Recommended findings of good cause for not requiring confrontation and/or cross-examination of requested adverse witness: (Identify each disallowed witness with an explanation of the reason for not requiring appearance, including supporting information, and the significance of the parolee's interest in questioning the witness.)

**Notes:**

_M Brown / fn_
*Jequan S. Jackson, Case Analyst Trainee*                                   *September 1, 2005*

**Decision:**

__✓__ Adopt Case Analyst's recommended decisions on probable cause, disposition and appearance of witnesses (including good cause findings).

_____ Disagree with recommended decisions and order as follows:

On Probable Cause:

On Disposition:

On Appearance of Witnesses (including good cause findings):

_____     10/12/05
Commissioner/Designee                 Date

**Inmate Packet:** Warrant Application dated 6/22/05, Warrant dated 6/22/05, Supp Warrant dated N/A, CSO Letter(s) dated 7/22/05, Preliminary Interview dated N/A, Parole Certificate dated 10/27/98

**Other:**

**Hearing Examiner Packets:** PC Worksheet dated 9/8/05, Independent Sentence Computation, All Information Contained in Inmate Packet, PSI, Pre-Release Determination Hearing dated 9/28/98, NOA dated,

**Other:** J&C dated 3/29/03; Police Report dated 7/5/03

JSJ

**Inmate Packet**: Warrant Application dated 6/22/05, Warrant dated 6/22/05, Supp Warrant dated N/A, CSO Letter(s) dated 7/22/05, Preliminary Interview dated N/A, Parole Certificate dated 10/27/98

**Other**:

**Hearing Examiner Packets**: PC Worksheet dated 9/1/05, Independent Sentence Computation, All Information Contained in Inmate Packet, PSI, Pre-Release Determination Hearing dated 9/28/98, NOA dated,

**Other**: J&C dated 3/29/03; Police Report dated 7/5/03

JSJ