# Exhibit 17



**U.S. DEPARTMENT OF JUSTICE**
United States Parole Commission

*5550 Friendship Boulevard*
*Chevy Chase, Maryland 20815-7201*
*Telephone: (301)492-5821*
*Facsimile: (301)492-5525*

Date: **10/18/05**

Re:    Revocation Hearing Disclosure
       Marbury, Ronald
       DCDC No. 261-133

Dear Case Management Coordinator:

Enclosed is a probable cause letter and enclosure(s) to be used at a revocation hearing for the above-named prisoner. Please ensure that the prisoner receives the enclosed packet of information. Thank you.

Sincerely,

Jequan S. Jackson
Case Analyst Trainee

Enclosures

JSJ

**ACKNOWLEDGEMENT OF RECEIPT OF PACKET:**

_____                    _____
*Prisoner's Signature*                                              *Date Received*

PROCEDURE: Please return the original of this form to the above address.

EXHIBIT
17



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
Telephone: (301)492-5821
Facsimile: (301)492-5525

Date: 10/12/05

Ronald Marbury
DCDC No. 261-133

Dear Mr. Marbury:

This is to inform you that the Commission has found probable cause to believe the you have violated the conditions of your parole and has ordered a hearing to determine whether or not your release should be revoked. The purpose of this hearing will be to make a final determination as to whether or not you violated the conditions of your above-stated release as charged and, if so, whether the violations warrant revocation. If revocation is ordered, the Commission will also determine whether to reparole or to require service of all or any part of your violator term.

The specific charge(s) upon which these finding(s) are based:

   **Charge No. 1 - Law Violation - A) Forgery B) Uttering C) Assault and Battery**

These charges and any additional information will be reviewed at the hearing for possible violations. The evidence relied on is indicated on the warrant application statement of alleged violations and/or in the summary report of the preliminary interview.

If you are a D.C. Code violator, except those offenders sentenced under the Federal Youth Corrections Act, all street time credit must be forfeited.

Your transfer to a federal institution has been ordered for the purpose of holding a revocation hearing following your arrival at that institution. No new information has been presented that would warrant your release pending the revocation hearing.

If you would like counsel appointed to represent you at the revocation hearing, please contact your Case Manager to complete a CJA-22 to be submitted to the U.S. District Court.

Your revocation hearing will be scheduled on the next appropriate docket at the facility where you are confined.

Enclosed is a packet of the below-listed documents upon which the warrant is based for your use at the revocation hearing. If information exempt from full disclosure has been removed from this packet, you will find a summary of the exempt material included.

Warrant and Warrant Application dated 6/22/05

Revocation Hearing Packet

1. Designation Packet
2. Preliminary Interview of N/A
3. CSO Mazen Eraifeg letter(s) of 7/24/05.

Sincerely,

Jequan S. Jackson
Case Analyst Trainee

Enclosures

JSJ



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
Telephone: (301)492-5821
Facsimile: (301)492-5525

Date: 10/18/05

Ms. Rebecca B. Johnson
Mid-Atlantic Regional Office
Bureau of Prisons
Junction Business Park, Suite 100-N
10010 Junction Drive
Annapolis Junction, MD 20701

**Re:** Marbury, Ronald
DCDC No. 261-133

Dear Ms. Johnson:

The above-named prisoner should be promptly designated to a federal institution so that the prisoner may be given a revocation hearing by October 27, 2005. This hearing must be conducted within 90 days of the prisoner's arrest on the violator warrant in order to comply with applicable law.

Enclosed is a copy of the presentence report or packet, if needed, for your use in determining the proper designation. Also enclosed is a packet to be sent to the designated institution and given to the prisoner for disclosure prior to the revocation hearing.

According to the available information, the above-named prisoner is currently being held by the following U.S. Marshals' Office:

> District of Columbia - District Court
> 333 Constitution Ave., N.W., Room 1400
> Washington, D.C. 20001
> Warrants - Attn: Sean McLeod

Sincerely,

Jaquan S. Jackson
Case Analyst Trainee

Enclosures:
Revocation Hearing Packet
Designation Packet
JSJ