UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD MARBURY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-2268 (ESH) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## ORDER

This matter is before the Court on respondents' opposition to the petition for a writ of *habeas corpus*. Because consideration of the government's response could dispose of the case, petitioner will be allowed time to reply.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice... should include an explanation that the failure to respond...may result in the district court granting the motion and dismissing the case." *Id.* at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

**ORDERED** that petitioner shall respond to respondents' opposition no later than **February 22, 2006**. If petitioner does not respond within the time provided, the Court will treat the opposition as conceded and may summarily deny the petition and dismiss the case.

                                                                                                                                                                         s/
                           ELLEN SEGAL HUVELLE
                           United States District Judge

Date: January 18, 2006