United States District Court
For The District of Columbia

Ronald Marbury
  Petitioner,

v.

U.S. Department of Justice, Et al.
  Respondents.

Civ Action No.
05-2268 (ESH)

Motion To Compel Hearing
Pursuant to Title 28 U.S.C Section 2243

Comes now Petitioner Ronald Marbury in pursuant to title 28 U.S.C section 2243, moves that this court grant a hearing. On or about December 15, 2005, the government showed cause, and by rule, I am entitled to a hearing within five days after show cause was entered. I ask this court to grant such request for hearing.

I certify that all information is true and correct

Respectfully Submitted,

Ronald Marbury

Ronald Marbury
DC# 261-133
1901 E St SE
Washington, DC
20003