# Exhibit A

# Expedited Revocation Recommendation



| | |
|---|---|
| Releasee<br>Name: **MARBURY, RONALD**<br>Reg. No: 19500-003<br>DCDC No: 261-133 | Date: 01/18/06 |

To:
Commissioner

From: *KAP*
Kathleen A. Pinner
Hearing Examiner
U.S. Parole Commission

## I. Probable Cause Recommendation

The Commission has found probable cause on the following charges:

Charge No. 1 - Convictions: A) Forgery, B) Uttering, and C) Assault and Battery

## II. Guidelines

Your violation behavior has been rated Category Two severity because it involved Criminal offense(s), specifically: assault, uttering and forgery. Your salient factor score is 6. You have been in DC confinement as a result of your behavior for a total of 4 month(s) as of 11/25/2005. Guidelines established by Commission indicate a range of 0 - 10 months to be served.

Total Months Served at Projected MR Date: 210

## III. Release Recommendation

Revoke Parole; None of the time spent on Parole shall be credited. Parole effective 03/17/2006 after the service of 13 months.

In addition, you shall be subject to the Special Drug and Alcohol Aftercare Conditions which requires that you participate as instructed by your Supervising Officer in a program (inpatient or outpatient) for the treatment of narcotic addiction or drug and alcohol dependency. That program may include testing and examination to determine if you have reverted to the use of drugs or alcohol. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

After review of all relevant factors and information presented, a decision above the guidelines is warranted because the following circumstance is present: you have been in custody 11 months at the time of the hearing and additional time is necessary for release planning purposes.

## IV. Alternate Recommendation

If subject **declines** the expedited proposal, I recommend subject remain in custody, pending **Institutional hearing**.

_____  1/18/06
Examiner                    Date

_____  1/18/06
Examiner                    Date

........................................................................

**Approval:**

PROBABLE CAUSE FOUND    [✓] APPROVE EXPEDITED    [ ] DENY EXPEDITED

IF SUBJECT DECLINES EXPEDITED, THE FOLLOWING IS ORDERED:

1. [✓] Designate.
2. [ ] Local Hearing
3. [ ] Summons to Local Hearing
4. [ ] Do Not Revoke    [ ] Reinstate to Supervision    [ ] Close Case
5. [ ] Release Pending Revocation Hearing
6. [✓] Do Not Release Pending Revocation Hearing

_____  1-18-06
Commissioner                Date

_____
Commissioner                Date

Expedited Revocation Memo MARBURY RONALD 19500-003                    Page 2 of 2