# Exhibit B

## Response To Expedited Revocation Proposal

Name: **MARBURY, RONALD**     Reg No: 19500-003     DCDC No: 261-133

### PROPOSED DECISION

Revoke Parole; None of the time spent on Parole shall be credited. Parole effective 03/17/2006 after the service of 13 months. 14 (KAP)

In addition, you shall be subject to the Special Drug and Alcohol Aftercare Conditions which requires that you participate as instructed by your Supervising Officer in a program (inpatient or outpatient) for the treatment of narcotic addiction or drug and alcohol dependency. That program may include testing and examination to determine if you have reverted to the use of drugs or alcohol. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

After review of all relevant factors and information presented, a decision above the guidelines is warranted because the following circumstance is present: you have been in custody 11 months at the time of the hearing and additional time is necessary for release planning purposes. 12 (KAP)

(KAP) — HAS BEEN ACCEPTED BY RELEASE  K.A.S.

[X] I accept the above-proposed decision of the U.S. Parole Commission. By accepting this decision, I understand that I am accepting responsibility for my conduct, waiving my right to a revocation hearing, and waiving my right to appeal the decision.

[X] I decline the U.S. Parole Commission revocation proposal. I wish to have an in-person revocation hearing.

[ ] I wish to request a 14-day extension to consider this proposal.

_____   1/19/06
Signature                   Date

_____   1/19/06
Witness                     Date

Expedited Revocation Proposal MARBURY RONALD 19500-003         EXHIBIT B

1-492-7005

**TOTAL SALIENT FACTOR SCORE = 6**

IV. **Guidelines**
Your violation behavior has been rated Category Two severity because it involved Criminal offense(s), specifically: assault, uttering and forgery. Your salient factor score is 6. You have been in DC confinement as a result of your behavior for a total of 4 month(s) as of 11/25/2005. Guidelines established by Commission indicate a range of 0 - 10 months to be served.

*12 MONTHS  1/27/86  KM*

V. **Expedited Revocation Proposal**
Your violation behavior makes you eligible to apply for the following expedited procedure. You may, waive your right to revocation hearing, accept responsibility for your conduct, and consent to revocation on the record. If you do so, the Commission will take the action indicated on the attached Response To Expedited Revocation Proposal.

For the Commission to approve your application for this revocation procedure, the U.S. Parole Commission must receive the completed form within 14 days of the date noted on the cover letter. If the completed form is not received within 14 days, a revocation hearing will be held and the proposed action will not be binding on the Commission.

You are under no obligation to apply for the expedited revocation procedure. If you do not wish to waive your right to a revocation hearing and accept the proposed action, please indicate, on the Response To Expedited Revocation Proposal., that you decline the proposal. You will be given a revocation hearing under normal procedures. After your revocation hearing, the Commission, on the basis of the information available, may take any action authorized by its regulations. Thus, the action taken by the Commission may be the same, more favorable, or less favorable than the proposed action. The Commission will not take into account the fact that you chose to have a revocation hearing rather than accept the proposed decision.

Expedited Revocation Proposal MARBURY RONALD 19500-003