# Exhibit C

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

Notice of Action

| | |
|---|---|
| Name: MARBURY, Ronald<br>Register Number: 19500-003<br>DCDC No: 261-133 | Institution: Philadelphia FDC<br><br>Date:   January 19, 2006 |

## DC EXPEDITED REVOCATION

The Commission has ordered the following action pursuant to your acceptance of the Expedited Revocation Proposal you signed on January 19, 2006.

Revoke Parole. None of the time spent on Parole shall be credited. Parole effective March 17, 2006 after the service of 14 months.

You shall be subject to the Special Drug and Alcohol Aftercare Conditions which requires that you participate as instructed by your Supervising Officer in a program (inpatient or outpatient) for the treatment of narcotic addiction or drug and alcohol dependency. That program may include testing and examination to determine if you have reverted to the use of drugs or alcohol. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

**FINDINGS OF FACT:**

The Commission has found that you violated the following condition(s) of release:

Charge No. 1 - Convictions: A) Forgery, B) Uttering and C) Assault and Battery.

Basis for above-stated finding(s): Your acceptance of responsibility for the violation(s) and your agreement to accept revocation.

**REASONS:**

Your violation behavior has been rated Category Two severity because it involved Criminal offense(s), specifically: assault, uttering and forgery. Your salient factor score is 6 (see attached sheet). You have been in DC confinement as a result of your behavior for a total of 12 month(s) as of 01-18-2006. Guidelines established by Commission indicate a range of 0 - 10 months to be served. After review of all relevant factors and information presented, a decision above the guidelines is warranted because the following circumstance is present: you have been in custody 12 months at the time of the hearing and additional time is necessary for release planning purposes.

EXHIBIT C


THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

Cc:     CSS Data Management Group
        D.C. Court Services & Offender Supervision Agency
        300 Indiana Avenue, N.W., Suite 2149
        Washington, D.C. 20001

        D.C. Federal Billing Unit
        D.C. Department of Corrections
        Washington, D.C. 20003

        General Supervision Unit VII-Team 4
        CSOSA
        25 K Street, N.E.
        Washington, D.C. 20002

        U.S. Marshals Service
        District of Columbia - District Court
        333 Constitution Ave. N.W., Room 1400
        Washington, D.C. 20001
        Warrants - Attn: Sean McLeod

## SALIENT FACTOR SCORE (SFS-98)

Name: MARBURY, RONALD     Reg No: 19500-003     DCDC No: 261-133

Items       Rules, Scores and Explanations

A    **Rule:**    Prior convictions/adjudications (adult or juvenile)
              None = 3; One = 2; Two or three = 1; Four or more = 0

     **Score:**   SFS Item A = 1

     **Explanation:** Subject has 2 prior convictions/adjudication

| Date | Offense | Disposition |
|---|---|---|
| 08/05/1993 | PWID > 5 grams of Crack Cocaine | 1/14/94: 38 months imprisonment, 4 years supervision. (1-1) |
| 11/13/1993 | Attempted Possession With Intent to Distribute Cocaine | 3/25/94: 78 months to 30 years in jail. Sentence is to run concurrently to preceding sentence, and consecutive to following sentence. (2-1). |
| 03/01/1994 | Bail Reform Act | 3/25/94: 1 year in jail. (3-1) |

B    **Rule:**    Prior commitments of more than thirty days (adult or juvenile)
              None = 2; One or two = 1; Three or more = 0

     **Score:**   SFS Item B = 1

     **Explanation:** Subject has 1 commitments of more than 30 days that were imposed prior to the last overt act of the current offense.

C    **Rule:**    Age at current offense/prior commitments

          26 years or more        +3 or less prior commitments = 3
                                  +4 prior commitments         = 2
                                  +5 or more commitments       = 1

          22-25 years             +3 or less prior commitments = 2
                                  +4 prior commitments         = 1
                                  +5 or more commitments       = 0

          20-21 years             +3 or less prior commitments = 1
                                  +4 prior commitments         = 0

          19 years or less        +any number prior commitments = 0



    **Score:**    SFS Item C = 3

**Explanation:** Subject was 29 years old at the commencement of the current offense and had 1 prior commitment.

**D**    **Rule:**    <u>Recent Commitment Free Period</u> *(Three Years)*
No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0

**Score:**    SFS Item D = 1

**Explanation:** 12/30/2002 - Date of Current Offense.
10/27/1998 - Release to the Community from last commitment

**E**    **Rule:**    <u>Probation/Parole/Supervised Release/Confinement/Escape Status Violator</u>
Neither on probation, parole, confinement, or escape status at the time of the current offense, nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0

**Score:**    SFS Item E = 0

**Explanation:** Subject is a parole status violator.

**F**    **Rule:**    <u>Older Offenders</u>
If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0

**Score:**    SFS Item F = 0

**Explanation:** Sum of items A-B = 6, and the offender was 29 years old at the commencement of the current offense.

**6 =**    **TOTAL SALIENT FACTOR SCORE**