# Exhibit D

## DECLARATION OF KATHLEEN A. PINNER

I, Kathleen A. Pinner, declare as follows.

I am a hearing examiner with the United States Parole Commission, 5550 Friendship Blvd., Chevy Chase, Maryland 20815. From my personal recollection and after reviewing the parole file for Ronald Marbury, Register Number 19500-003, I declare as follows.

On January 18, 2006, I prepared a proposal that Mr. Marbury receive a disposition of the parole revocation charges lodged against him without a revocation hearing under the Commission's rule for expedited revocation cases at 28 C.F.R. §2.66. (See Exhibit A attached to this declaration). Hearing Examiner Otis Thomas and Vice Chairman Cranston Mitchell concurred in this proposal.

On January 19, 2006 I met with Mr. Marbury to conduct his parole revocation hearing. Mr. Marbury was represented by Assistant Federal Public Defender Stuart Patchen at the hearing. I was informed that Mr. Marbury had declined the expedited revocation proposal because he had some questions concerning the proposal. At the scheduled hearing I answered Mr. Marbury's questions in the presence of his counsel and allowed Mr. Marbury and his counsel the opportunity to consult further on the proposal. Mr. Marbury then accepted the Commission's proposed disposition. (See Exhibit B, attached). Mr. Marbury's acceptance of the proposal was witnessed by myself, Mr. Patchen, and Case Manager John McGuinness of the FDC Philadelphia staff. On January 19, 2006, the Commission issued a notice of action implementing Mr. Marbury's acceptance of the proposal and ordering the following actions: (1) revoke parole; (2) none of the time spent on parole shall be credited; and (3) parole effective March 17, 2006 after the service of 14 months. (See Exhibit C, attached).

Under penalty of perjury, I declare that the above statements are true and that the

documents attached as exhibits to this declaration are true copies of documents found in Mr. Marbury's parole file.

Dated: January 30, 2006                    Signed: _____
                                                    Kathleen A. Pinner
                                                    Hearing Examiner
                                                    United States Parole Commission