UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONALD MARBURY,** | ) |
| Petitioner, | ) |
| | ) Civil Action No. 05-2268 (ESH) |
| **U.S. DEPARTMENT OF JUSTICE,** *et al.*, | ) |
| Respondents. | ) |

### ORDER

It is this 7th day of February, 2006, hereby

**ORDERED** that on or before February 22, 2006, petitioner shall show cause why this case should not be dismissed as moot in view of the representations set forth by the respondents in its Supplement to Opposition to Petitioner's Petition for a Writ of *Habeas Corpus*, filed on February 7, 2006, wherein they indicate that petitioner appeared for a parole revocation hearing on January 19, 2006, accepted the Parole Commission's disposition of the hearing and agreed to the revocation of parole.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　s/
　　　　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　　　　　United States District Judge