# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD MARBURY,                              ) | |
|         Petitioner,              ) | |
| v.                                           ) | Civil Action No. 05-2268 (ESH) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*,        ) | |
|         Respondents.            ) | |

## ORDER

Upon respondents' unopposed claim that the case is moot because petitioner has received the relief sought, *i.e.*, a parole revocation hearing, it is

ORDERED that the petition for a writ of *habeas corpus* [# 1] is DENIED, and this case is DISMISSED as moot.

                                                            s/
                                       ELLEN SEGAL HUVELLE
                                       United States District Judge

Date: February 24, 2006